# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARCO MONTES-MEDINA,<br>a/k/a "Martin Cortes,"<br><br>  Defendant. | Case No.: 2:22-cr-00241-CDS-EJY<br><br>**Order for Issuance of Writ of Habeas Corpus** *Ad Prosequendum* **for Marco Montes-Medina** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus *Ad Prosequendum* issue out of this Court, directing the production of the body of Marco Montes-Medina, a/k/a/ "Martin Cortes," before the United States District Court at Las Vegas, Nevada, on or about November 8, 2022, at 1:00 pm before the Honorable Elayna J. Youchah, United States Magistrate Judge for the District of Nevada, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  November 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE