# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00241-CDS-EJY |
| Plaintiff, | **Order for Issuance of Writ of Habeas Corpus** *Ad Prosequendum* **for Marco Montes-Medina** |
| v. | |
| MARCO MONTES-MEDINA, a/k/a "Martin Cortes," | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus *Ad Prosequendum* issue out of this Court, directing the production of the body of Marco Montes-Medina, a/k/a/ "Martin Cortes," before the United States District Court at Las Vegas, Nevada, on or before January 3, 2023, at 9:30 a.m., in Courtroom 6B before Judge Cristina D. Silva, for a pretrial hearing, and on or before January 9, 2023, at 9:00 a.m., also in Courtroom 6B before Judge Silva, for trial, and from time to time and day to day thereafter until excused by the said Court.

DATED:  November 9th, 2022

_____
UNITED STATES MAGISTRATE JUDGE