JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> MARCO MONTES-MEDINA, <br><br> Defendant | Case No. 2:22-cr-00241-CDS-EJY <br><br> **MOTION AND ORDER TO DISMISS INDICTMENT, WITHOUT PREJUDICE, AS TO DEFENDANT MARCO MONTES-MEDINA, ONLY** |

The United States of America, by Jason M. Frierson, United States Attorney for the District of Nevada, and Jean N. Ripley, Assistant United States Attorney, requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Marco Montes-Medina as contained in the Indictment in case number 2:22-cr-00241. To the knowledge of the undersigned, Defendant is currently in the custody of U.S. Immigration and Customs Enforcement, and is scheduled to be deported on or about December 13, 2022.

\ \ \

\ \ \

\ \ \

1

DATED this 9th day of December, 2022.

        Respectfully submitted,

        JASON M. FRIERSON
        United States Attorney

        */s/ Jean N. Ripley*
        JEAN N. RIPLEY
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>MARCO MONTES-MEDINA,<br><br>Defendant | Case No. 2:22-cr-00241-CDS-EJY<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT, WITHOUT PREJUDICE, AS TO DEFENDANT MARCO MONTES-MEDINA, ONLY** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Marco Montes-Medina as contained in the Indictment in case number 2:22-cr-00241-CDS-EJY.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Marco Montes-Medina as contained in the Indictment in case number 2:22-cr-00241-CDS-EJY.

DATED this __13th__ day of __December__, 2022.

_____
HON. CHRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE